UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARNOLD S. PETERS,

    Plaintiff,                                      No. C 08-5022 PJH

                                                              **ORDER**

    v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

       On November 4, 2008, plaintiff filed the nearly 200-page complaint in this case, and the clerks office for this court subsequently characterized the case as a social security *appeal*. Plaintiff also filed a request to proceed *in forma pauperis*. Much of plaintiff's complaint is incomprehensible; however, based on plaintiff's allegations, it appears to the court that this case may have been improperly characterized as an *appeal*. Plaintiff is advised that a social security appeal requires a final decision by an administrative law judge or "ALJ" denying him disability benefits pursuant to 42 U.S.C. § 405(g).

       The standards for evaluating plaintiff's application to proceed in forma pauperis differ depending on whether plaintiff is appealing a decision of an ALJ or is filing a civil complaint alleging certain claims in the first instance. Accordingly, plaintiff is ORDERED to file with this court **no later than Wednesday, November 26, 2008,** a written statement clarifying the nature of his complaint, and specifically, stating whether he has already appeared before an ALJ in this matter, and whether he is appealing an

ALJ's denial of his application for social security benefits.  If plaintiff is *not* appealing the denial of social security benefits but is instead attempting to sue a public agency for civil rights violations, he must file an amended complaint setting forth the factual and legal bases for his claims.  Additionally, plaintiff is further ORDERED to identify with more precision who he is suing, as his current complaint does not enable a process server to find the defendant.  If plaintiff is suing on claims that are *not* an appeal of alleged error(s) committed by an ALJ, then the court will screen plaintiff's complaint under 28 U.S.C. § 1915.

A ruling on plaintiff's application to proceed in forma pauperis will be deferred until the court receives either clarification or the amended complaint.

**IT IS SO ORDERED.**

Dated: November 12, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge