UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARNOLD S. PETERS,

    Plaintiff,

No. C 08-5022 PJH

**JUDGMENT**

    v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

    Pursuant to the order signed today, this action is DISMISSED with prejudice.

IT SO ORDERED AND ADJUDGED.

Dated: March 4, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge